IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN HENRY, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4:13-cv-03253 |
| | § | |
| WAL-MART STORES, INC., | § | |
| | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE LYNN N. HUGHES, UNITED STATES DISTRICT JUDGE:**

Defendant Wal-Mart Stores Texas, L.L.C. ("Wal-Mart") hereby notifies the Court that it and Plaintiff Edwin Henry have settled the dispute that gave rise to this action. Wal-Mart therefore respectfully requests that the Court enter the attached proposed order removing the pretrial conference scheduled for tomorrow morning from its hearings calendar.

DATED:  July 7, 2014	Respectfully submitted,

 	/s/ Daniel McNeel Lane, Jr.
 	Daniel McNeel Lane, Jr.
 	Texas Bar No. 00784441
 	Southern District Bar No. 17991
 	Jim Wetwiska
 	Texas Bar No. 00785223
 	Southern District Bar No.
 	Clayton N. Matheson
 	Texas Bar No. 24074664
 	Southern District Bar No. 2218022
 	AKIN GUMP STRAUSS HAUER & FELD, LLP
 	300 Convent Street, Suite 1600
 	San Antonio, Texas 78205
 	Telephone: (210) 281-7000
 	Facsimile:  (210) 224-2035
 	nlane@akingump.com
 	jwetwiska@akingump.com
 	cmatheson@akingump.com

 	***Attorneys for Wal-Mart Stores Texas, L.L.C.***

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's CM/ECF system on July 7, 2014.

 	/s/ Clayton N. Matheson
 	Clayton N. Matheson