| United States District Court | Southern District of Texas |
|---|---|

Edwin Henry, §
§
    Plaintiff, §
§
versus §       Civil Action H-13-3253
§
Wal-Mart Stores, Inc., §
§
    Defendant. §

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on August 13, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge